Mont. LBF30. STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)
[Mont. LBR 4002-1(e)]

Name of Attorney **RANDY TARUM 4548**
Office Mailing Address **417 CENTRAL AVE 4TH FLOOR**
**GREAT FALLS, MT 59401**
Telephone Number **406-268-0001**
Facsimile Number **406-727-6264**
E-Mail Address **randy@tarumlaw.com**
State Bar I.D. Number **4548 MT**
(Attorney for Debtor(s))

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

In re: **Andrew Behr Emmings** ) Case No. 21-40078
)
)
Debtor(s) )

## STATEMENT OF DOMESTIC SUPPORT OBLIGATIONS

*[If filing jointly, information for both spouses must be provided on this form]*

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this Statement of Domestic Support Obligation(s), as defined in 11 U.S.C. § 101(14A).

1. Debtor's name (enter full name): **Andrew Behr Emmings**

2. Does Debtor have a domestic support obligation: ☐ yes ☑ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer address: ____

4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support:

5. Name, address and phone number for the holder of the claim of support:

[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

### AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $____ per ____ [i.e. month, week, etc.]

2. Term of support obligation: from ____ until ____

3. Amount that the domestic support obligation is in arrears: $____

4. Court name and jurisdiction in which order of support was issued:

5. Court Case No. ____

6. Name and address of State Child Support Enforcement Agency involved in such a claim:

---

**I/We declare under penalty of perjury that the foregoing is true and correct.**

| | |
|---|---|
| /s/ Andrew Behr Emmings | November 30, 2021 |
| **Signature of Debtor** | **Date** |

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571